**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Francisco Javier LONGORIA,**
**Defendant–Appellant.**

**No. 06–40373**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Victoria K. Guerra, McAllen, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

---

PER CURIAM: *

Francisco Javier Longoria appeals the 151–month sentence imposed following his guilty-plea conviction for possession with intent to distribute 510 kilograms of marijuana, in violation of 21 U.S.C. § 841(a). He contends that his Sixth Amendment rights were violated because his sentence was based on facts found by the sentencing court by a preponderance of the evidence. He also contends that he was sentenced under mandatory Sentencing Guidelines contrary to *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

The record reflects, however, that Longoria was sentenced under the post-*Booker* advisory guidelines scheme, which requires the sentencing court to calculate the guideline range in the same manner as before *Booker* and to make factual findings by a preponderance of the evidence. *See United States v. Johnson*, 445 F.3d 793, 797–98 (5th Cir.), *cert. denied*, — U.S. ——, 126 S.Ct. 2884, 165 L.Ed.2d 908 (2006). The judgment of the district court is AFFIRMED.

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.

